| | | | |
|---|---|---|---|
| 2/10/2015 | | TUESDAY | Judge Randall L. Dunn |
| 10:00 AM<br>CR 3 | ■ 14-3285  rld<br>14-35381 | Daniels vs Holman | |

Pretrial Conference
Dwight Daniels - pla
Laura Daniels - pla
Candice Evangeline Holman - def
James Joel Holman - def

DARIAN STANFORD ✓

Paul Heatherman

**Evidentiary Hearing:**    Yes: ☐    No: ☒

Ct to enter Rule 26 Order
Discovery cut off 5/8/15
Further PTC on 5/12/15 at 10:00 am by tel

Ct to send initial scheduling order.

Order to be prepared by:    ☒ clerk's office    ☒ chambers    ☐ _____
**OD3 - Dismissal Order**                        (CRD)    Sch. Ord.

   #1 _____ Settled _____ (21) days.   Rule 26 Order

   #2 _____ to Prepare Judgment/order _____ (21) days.

   #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**

   #1 _____ Planning conf. by ___.___.___ / Conf. Report by ___.___.

   #2 _____ Planning conf. by ___.___.___ / No report.

   #3 _____ Discovery can proceed.

   #4 _____ No planning conf./Initial disclosures by ___.___.___

   #5 _____ Discovery limited to _____.

**DOCKET ENTRY:**

Run Date: 2/10/2015