Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case |
| JAMES JOEL HOLMAN, ) | |
| CANDICE EVANGELINE HOLMAN, ) | No. 14-35381-rld7 |
| ) | |
| Debtors. ) | |
| ) | |
| DWIGHT DANIELS, ) | |
| LAURA DANIELS, ) | Adv. Proc. No. 14-3285-rld |
| ) | |
| Plaintiffs, ) | INITIAL SCHEDULING ORDER |
| ) | |
| v. ) | |
| ) | |
| JAMES JOEL HOLMAN, ) | |
| CANDICE EVANGELINE HOLMAN, ) | |
| ) | |
| Defendants. ) | |

     Pursuant to Fed. R. Civ. P. 16 made applicable by Fed. R. Bankr. P. 7016,

     IT IS ORDERED that:

     1.  Discovery shall be completed by Friday, May 8, 2015.

     2.  A further pretrial conference to discuss scheduling and setting of a trial date is set for 10:00 a.m., on Tuesday, May 12, 2015, by telephone.  The parties shall call the court's Telephone Hearing Line

Page 1 - INITIAL SCHEDULING ORDER

at 888-684-8852, access code 5870400#, to be connected for the hearing or appear in Courtroom 3, U.S. Bankruptcy Court, 1001 S.W. 5th Avenue, 7th Floor, Portland, Oregon.

###

cc:     Darian Stanford
        Paul B. Heatherman

Page 2 - INITIAL SCHEDULING ORDER