5/12/2015            TUESDAY            Judge Randall L. Dunn

10:00 AM      ■ 14-3285 rld     Daniels vs Holman
              14-35381   7

**Further Pre-Trial Hearing**
Dwight Daniels - pla      ~~R HUNTER BITNER~~
Laura Daniels - pla
Dwight Daniels - pla      DARIAN STANFORD ✓
Laura Daniels - pla
Candice Evangeline Holman - def      PAUL B HEATHERMAN ✓
James Joel Holman - def

**Evidentiary Hearing:**     Yes: ☐    No: ☒

Extend discovery cut off to 6/30/15

TRIAL (1-day) on 8/13/15 @ 9:00 am in BEND
Submissions by Thurs. 7/30/15
No Final PTC — will set by TEL on request

Court to enter scheduling order

Order to be prepared by:    ☐ clerk's office    ☒ chambers    ☐ _____

**OD3 - Dismissal Order**

    #1 _____ Settled _____ (21) days.

    #2 _____ to Prepare Judgment/order _____ (21) days.

    #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**

    #1 _____ Planning conf. by ___.___.___ / Conf. Report by ___.___.

    #2 _____ Planning conf. by ___.___.___ / No report.

    #3 _____ Discovery can proceed.

    #4 _____ No planning conf./Initial disclosures by ___.___.___

    #5 _____ Discovery limited to _____.

**DOCKET ENTRY:**