**DISTRICT OF OREGON**
**F I L E D**
**May 18, 2015**
**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

```
In Re:                              )
                                    ) Bankruptcy Case
JAMES JOEL HOLMAN,                  ) No. 14-35381-rld7
CANDICE EVANGELINE HOLMAN,          )
                                    )
                    Debtors.        )
_____)
                                    )
DWIGHT DANIELS,                     ) Adv. Proc. No. 14-3285-rld
LAURA DANIELS,                      )
                                    )
                    Plaintiffs,     ) SCHEDULING ORDER
                                    )
        v.                          )
                                    )
JAMES JOEL HOLMAN,                  )
CANDICE EVANGELINE HOLMAN,          )
                                    )
                    Defendants.     )
_____)
```

Pursuant to Fed. R. Civ. P. 16 made applicable by Fed. R. Bankr. P. 7016,

IT IS ORDERED that:

1. Trial in this adversary proceeding is set for **Thursday, August 13, 2015, at 9:00 a.m.**, at the National Guard Armory, 875 SW

Page 1 - SCHEDULING ORDER

Simpson Ave., Bend, OR.

    2. The discovery deadline is extended until **June 30, 2015.**

    2. The filing of a pretrial order is waived.

    3. Each party shall prepare a list of their witnesses, showing names, addresses and occupations, together with a brief statement setting forth the full substance of the testimony. Do not give just the subject, give the substance. Give a time estimate for the direct testimony of each witness. This information shall be filed with the court and served on opposing counsel by **Thursday, July 30, 2015.**

    4. Not later than **Thursday, July 30, 2015,** each party shall:

        a. Mark and bind its exhibits (except impeachment exhibits). Plaintiffs shall mark their exhibits with numbers, defendant with letters. **<u>The exhibits shall be tabbed and presented in three separate three-ring binders, each binder containing one set</u>**.

        b. Deliver to the court (do not electronically file) the **original and two** paper copies, **bound** as set forth above, of its exhibits.

        c. Serve a copy of its exhibits, **bound** as set forth above, on all parties.

        d. File and serve on all parties **a list** of its exhibits.

    All objections to authenticity of exhibits must be made at or before the commencement of trial to dispense with authenticating witnesses. In the absence of an objection, an exhibit will be deemed admitted.

    5. The parties' trial memoranda are due **Thursday, July 30, 2015.**

    6. Except for good cause shown, no exhibits or testimony will

Page 2 - SCHEDULING ORDER

be received in evidence at trial unless presented in accordance with this order.

###

cc: Darian Stanford
    Paul B. Heatherman

Page 3 - SCHEDULING ORDER