Paul B. Heatherman - OSB #933000
LAW OFFICE OF PAUL HEATHERMAN PC
PO Box 8
Bend, OR 97709
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>Debtors. | Case No. 14-35381-rld7 |
| DWIGHT and LAURA DANIELS,<br>husband and wife<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>Defendants. | Adv. Proc. No. 14–03285-rld<br><br>**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(ORAL ARGUMENT REQUESTED) |

**CERTIFICATION**

Pursuant to LBR 7007-1(a)(1), counsel for defendants certifies that the parties made a good-faith effort through telephone conferences to resolve the dispute and have been unable to do so.

**MOTION**

COME NOW, defendants James Joel Holman and Candice Evangeline Holman (collectively, "defendants"), and move the court for an order granting summary judgment for dismissal of all

1 - Defendants' Motion for Partial Summary Judgment

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

Case 14-03285-rld    Doc 15    Filed 06/04/15

claims against defendant Candice Evangeline Holman ("Candice").

Defendants rely on the Concise Statement of Facts and the Supporting Brief filed herewith.

DATED this  4   day of June, 2015.

          LAW OFFICE OF PAUL HEATHERMAN PC

          /s/ Paul B. Heatherman
          Paul B. Heatherman - OSB #933000
          Attorney for Debtors/Defendants

2 - Defendants' Motion for Partial Summary Judgment

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

Case 14-03285-rld    Doc 15    Filed 06/04/15

**CERTIFICATE OF SERVICE**
Adversary Proceeding No. 14-03285-rld

I hereby certify that on June __4__, 2015, I serve a true copy of the foregoing *Defendants Motion for Partial Summary Judgment,* via first class mail, on the following:

Darian A. Stanford
Slinde Nelson Stanford
111 SW 5th Ave., Ste 1940
Portland, OR 97204
*Attorney for Plaintiffs*

Dated: June __4__, 2015.         /s/ Paul B. Heatherman
                                 Paul B. Heatherman - OSB #933000
                                 Attorney for Defendants/Debtors

3 - Defendants' Motion for Partial Summary Judgment

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com