Paul B. Heatherman - OSB #933000
LAW OFFICE OF PAUL HEATHERMAN PC
PO Box 8
Bend, OR 97709
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>Debtors. | Case No. 14-35381-rld7 |
| DWIGHT and LAURA DANIELS,<br>husband and wife<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>Defendants. | Adv. Proc. No. 14–03285-rld<br><br>**SUPPORTING BRIEF<br>RE: DEFENDANTS' MOTION FOR<br>PARTIAL SUMMARY JUDGMENT** |

**ARGUMENT**

The primary inquiry is whether the evidence presents a sufficient disagreement to require a trial, or whether it is so one-sided that one party must prevail as a matter of law. *Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 247, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986).

A party opposing a properly supported motion for summary judgment must present affirmative evidence of a disputed material fact from which a factfinder might return a verdict in its

1 - Supporting Brief RE: Defendants' Motion for Partial Summary Judgment

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

Case 14-03285-rld    Doc 17    Filed 06/04/15

favor. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 257, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986). Bankruptcy Rule 7056, which incorporates Federal Rule of Civil Procedure 56(e), provided that the nonmoving party may not rest upon mere allegations or denials in the pleadings, but must respond with specific facts showing there is a genuine issue of material fact for trial. Absent such response, summary judgment shall be granted if appropriate. *See Celotex Corp v. Catrett*, 477 U.S. 317, 326-27, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986).

Plaintiffs allege that defendants obtained money through false pretenses, false representations or actual fraud, and as a result are not eligible for discharge under 11 USC § 523(a)(2)(A). "To find the Debtor liable for fraudulent misrepresentation, the jury would have had to determine the Debtor made a false representation with actual knowledge of its falsity." *In re Hashemi*, 104 F3d 1122, 1125 (9th Cir. 1996); *Santos v. Souza*, Adv. Proc. Case No. 14-01059 (BK Ct. Dist. Mass, Dec. 22, 2014). Candice Holman never met plaintiffs and never spoke with or corresponded with plaintiffs prior to the issuance of the loan. Candice Holman never provided any financial statements or information to plaintiffs or made any representations to plaintiffs of any kind. Without any type of communication with plaintiffs prior to the issuance of the loan, Candice Holman could not have made any false representations or committed any actual fraud, as required by 11 USC §523(a)(2)(A) in order to avoid a discharge.

Plaintiffs also allege that defendants obtained money through use of a materially false statement in writing, and as a result are not eligible for discharge under 11 USC § 523(a)(2)(B). Among other requirements, 11 USC § 523(a)(2)(B)(I) mandates "(iv) that the debtor caused [the statement] to be made or published with intent to deceive." A personal financial statement was provided to plaintiffs. This financial statement was not prepared by Candice Holman, nor did she sign or review it. As Candice Holman did not prepare, sign or review the financial statement, she did not provide any information containing a statement that was materially false and there was no intent to deceive, a requirement to avoid a discharge under 11 USC § 523(a)(2)(B).

2 - Supporting Brief RE: Defendants' Motion for Partial Summary Judgment

**Law Office of Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

**CONCLUSION**

The facts in this case do not support plaintiffs' contention that Candice Holman should be denied a discharge based on 11 USC § 523(a)(2)(A)&(B). Based on the above, there is no genuine issue of material fact and defendant Candice Holman is entitled to summary judgment dismissing all claims against her.

DATED this  4  day of June, 2015.

LAW OFFICE OF PAUL HEATHERMAN PC


/s/ Paul B. Heatherman
Paul B. Heatherman - OSB #933000
Attorney for Debtors/Defendants

3 - Supporting Brief RE: Defendants' Motion for Partial Summary Judgment

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

Case 14-03285-rld    Doc 17    Filed 06/04/15

**CERTIFICATE OF SERVICE**
Adversary Proceeding No. 14-03285-rld

I hereby certify that on June __4__, 2015, I serve a true copy of the foregoing *Supporting Brief RE: Defendants Motion for Partial Summary Judgment,* via first class mail, on the following:

Darian A. Stanford
Slinde Nelson Stanford
111 SW 5th Ave., Ste 1940
Portland, OR 97204
*Attorney for Plaintiffs*

Dated: June __4__, 2015.        /s/ Paul B. Heatherman
                                Paul B. Heatherman - OSB #933000
                                Attorney for Defendants/Debtors

4 - Supporting Brief RE: Defendants' Motion for Partial Summary Judgment

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com