Paul B. Heatherman - OSB #933000
LAW OFFICE OF PAUL HEATHERMAN PC
PO Box 8
Bend, OR 97709
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>                Debtors. | Case No. 14-35381-rld7 |
| DWIGHT and LAURA DANIELS,<br>husband and wife<br><br>                Plaintiffs,<br><br>   vs.<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>                Defendants. | Adv. Proc. No. 14–03285-rld<br><br>**DECLARATION OF CANDICE EVANGELINE HOLMAN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Candice Evangeline Holman, declare as follows:

1. I am one of the debtors/defendants herein.

2. I was never introduced to plaintiffs prior to their issuance of a loan to my husband.

3. I was never involved in any discussions with plaintiffs about a loan.

4. I did not assign any interest in any life insurance policies to plaintiffs.

5. I did not prepare, compile, review, or sign any financial statements for presentation to

1 - Declaration of Candice Holman in Support of Mot. for Part. Summ. Judg.

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

Case 14-03285-rld     Doc 18     Filed 06/04/15

plaintiffs.

6. My husband handled all financial matters relating to our business.

7. My husband did ask me to sign a note and trust deed, which I did.

8. I caused no documents to be made, nor provided any information to plaintiffs, written or otherwise, with the intent to deceive them.

I hereby declare that the above statement is true to the best of my knowledge and belief, and I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: __6/4__, 2015.         /s/ Candice Evangeline Holman
                              Candice Evangeline Holman

2 - Declaration of Candice Holman in Support of Mot. for Part. Summ. Judg.

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

Case 14-03285-rld    Doc 18    Filed 06/04/15

**CERTIFICATE OF SERVICE**
Adversary Proceeding No. 14-03285-rld

I hereby certify that on June 4, 2015, I serve a true copy of the foregoing *Declaration of Candice Evangeline Holman in Support of Defendants Motion for Partial Summary Judgment,* via first class mail, on the following:

Darian A. Stanford
Slinde Nelson Stanford
111 SW 5th Ave., Ste 1940
Portland, OR 97204
*Attorney for Plaintiffs*

Dated: June __4__, 2015.     /s/ Paul B. Heatherman
Paul B. Heatherman - OSB #933000
Attorney for Defendants/Debtors

3 - Declaration of Candice Holman in Support of Mot. for Part. Summ. Judg.

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com