Below is an Order of the Court.

1

2

3

4

5

6            _____
                     RANDALL L. DUNN
                   U.S. Bankruptcy Judge

7

8

9                UNITED STATES BANKRUPTCY COURT

10                  FOR THE DISTRICT OF OREGON

11  In Re:                          )
                                    )  Bankruptcy Case
12  JAMES JOEL HOLMAN,              )  No. 14-35381-rld7
    CANDICE EVANGELINE HOLMAN,     )
13                                  )
                        Debtors.    )
14  _____ )
                                    )
15  DWIGHT DANIELS,                )  Adv. Proc. No. 14-3285-rld
    LAURA DANIELS,                 )
16                                  )
                       Plaintiffs, )  SCHEDULING ORDER
17                                  )  (Motion for Partial Summary
           v.                       )  Judgment)
18                                  )
    JAMES JOEL HOLMAN,              )
19  CANDICE EVANGELINE HOLMAN,     )
                                    )
20                      Defendants. )
    _____ )
21

22        Based upon the record of the hearing held on June 9, 2015, on

23  the Motion for Partial Summary Judgment ("Motion") filed by the

24  defendants, and pursuant to Fed. R. Civ. P. 16 made applicable by

25  Fed. R. Bankr. P. 7016,

26  ///


Page 1 - SCHEDULING ORDER (Motion for Partial Summary Judgment)

IT IS ORDERED that:

1.  Plaintiffs shall file a response to the Motion no later than **Friday, July 17, 2015.**

2.  Defendants shall have until **Friday, July 24, 2015,** to reply to any response filed by the plaintiffs.

3.  Oral argument on the Motion shall be heard at **10:00 a.m. on Thursday, July 30, 2015** by telephone.  The parties shall call the court's Telephone Hearing Line at 888-684-8852, access code 5870400#, to be connected for the hearing or appear in Courtroom 3, U.S. Bankruptcy Court, 1001 S.W. 5th Avenue, 7th Floor, Portland, Oregon.

4.  The submissions deadlines set out in paragraphs 3, 4 and 5 of the scheduling order entered by the court on May 18, 2015, hereby are extended until **Thursday, August 8, 2015.**

5.  Except as modified as set forth in paragraph 4 above, the provisions of the scheduling order entered by the court on May 18, 2015, shall remain in effect.

###

cc:     Hunter Bitner
        Darian Stanford
        Paul B. Heatherman

Page 2 - SCHEDULING ORDER (Motion for Partial Summary Judgment)