UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN,<br><br>Debtors. | Case No. 14-35381-rld7 |
| DWIGHT and LAURA DANIELS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN,<br><br>Defendants. | Adversary Proceeding No. 14-03285-rld<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' CONCISE STATEMENT OF FACTS REGARDING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS' CONCISE STATEMENT OF FACTS IN OPPOSITION** |

## RESPONSE TO STATEMENT OF FACTS

Come now Plaintiffs, Dwight and Laura Daniels ("Plaintiffs") and pursuant to LBR 7056-1(b) provide their response to Defendants' Concise Statement of Facts Regarding Defendants' Motion for Partial Summary Judgment and Plaintiffs' Concise Statement of Facts in Opposition to Defendants' Motion. Plaintiffs admit, deny and allege as follows:

    1.    As to Defendants' first Statement of Fact, admit.

    2.    As to Defendants' second Statement of Fact, admit.

Page 1 – PLAINTIFFS' RESPONSE TO DEFENDANTS' CONCISE STATEMENT OF FACTS REGARDING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS' CONCISE STATEMENT OF FACTS IN OPPOSITION

SLINDE NELSON STANFORD
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

3. As to Defendants' third Statement of Fact, deny. (See Plaintiffs' response to Defendants' Request for Admission No. 3.)

4. As to Defendants' fourth Statement of Fact, upon information and belief, admit.

5. As to Defendants' fifth Statement of Fact, Plaintiffs can neither admit nor deny.

6. As to Defendants' sixth Statement of Fact, admit that Candice Holman signed the Promissory Note and Trust Deed to Plaintiffs.

## ADDITIONAL CONSICE STATEMENT OF FACTS

As additional Concise Statement of Facts, Plaintiffs states as follows:

1. Plaintiffs agreed to loan Defendants $300,000 to both James Holman and Candice Holman in 2011.

2. The loan was evidenced by a secured Promissory Note dated February 24, 2001 which was executed by both James Holman and Candice Holman. See Exhibit 1 to Plaintiffs' Complaint To Determine Dischargeability of Debt and for Damages and Exhibit 2 to Declaration of Darian Stanford In Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment ("Stanford Dec.").

3. The loan was secured by a Deed of Trust in Defendants' personal residence at 26280 Milk Creek Circle, which was executed by both James and Candice Holman (see Exhibit 2 to Plaintiffs' Complaint and Exhibit 3 to Stanford Dec.) as well as through Dwight Daniels being listed as a beneficiary in connection with a life insurance policy. That assignment was acknowledged by Candice Holman. Exhibit 4 to Stanford Dec. Further, the loan was secured through a UCC-1 Financing Statement identifying Dwight Daniels as the secured party and PCS as the debtor. See Exhibit 4 to Plaintiffs' Complaint.

4. At or around time of the loan, Defendants provided Plaintiffs with an unsigned personal financial statement indicating a certain amount of equity in the Milk Creek home which included alleged market value and an alleged mortgage. That statement includes James

Page 2 – PLAINTIFFS' RESPONSE TO DEFENDANTS' CONCISE STATEMENT OF FACTS REGARDING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS' CONCISE STATEMENT OF FACTS IN OPPOSITION

SLINDE NELSON STANFORD
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

1 | Holman's information as an "applicant" and Candice Holman's information as a "co-applicant".
2 | See Exhibit 5 to Plaintiffs' Complaint and Exhibit 5 to Stanford Dec.

3 | 5.  The amount owed on the home and the value of home were misrepresented on the
4 | Personal Financial Statement.

5 | 6.  In August of 2011, Plaintiffs' UCC-1 Financing Statement was terminated
6 | without any notification to Plaintiffs. See Exhibit 6 to Plaintiffs' Complaint. The termination is
7 | unsigned and there is no specific reference as to who terminated the UCC-1.

DATED: July 17, 2015.

SLINDE NELSON STANFORD

By: _____
Darian A. Stanford, OSB No. 994491
R. Hunter Bitner, II, OSB No. 011146
*Of Attorneys for Dwight and Laura Daniels*

Page 3 – PLAINTIFFS' RESPONSE TO DEFENDANTS' CONCISE STATEMENT OF FACTS REGARDING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS' CONCISE STATEMENT OF FACTS IN OPPOSITION

SLINDE NELSON STANFORD
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

# CERTIFICATE OF SERVICE

I hereby certify that I served the attached **PLAINTIFFS' RESPONSE TO DEFENDANTS' CONCISE STATEMENT OF FACTS REGARDING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS' CONCISE STATEMENT OF FACTS IN OPPOSITION** on the following person(s) on the date indicated below:

Paul B. Heatherman
Law Offices of Paul Heatherman PC
250 NW Franklin Ave, #402
Bend, OR 97701
*Of Attorneys for Debtors-Defendants*

By the following indicated method(s):

☐ By **emailing** full, true, and correct copies thereof to say attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒ By notice of electronic filing using the E-filing system (UTCR 21.010).

☐ By causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address (as) listed above on the date set forth below.

DATED: July 17, 2015.

SLINDE NELSON STANFORD

By: /s/ Darian A. Stanford
Darian A. Stanford, OSB No. 994491
R. Hunter Bitner II, OSB No. 011146
*Of Attorneys for Dwight and Laura Daniels*

Page 4 – CERTIFICATE OF SERVICE

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 25    Filed 07/17/15