# ▲ LAW OFFICE OF PAUL HEATHERMAN, P.C.

**PAUL B. HEATHERMAN**
**Attorney**

250 NW Franklin Ave., Ste. 402
PO Box 8
Bend, OR 97709
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

**LINDA KERR**
**Paralegal**

July 28, 2015

US Bankruptcy Court

RE:    Daniels v Holman
         Case No. 14-03285-rld

        Please restrict access to Document Number 27 in this case. Thank you.

                              Sincerely,

                              Paul B. Heatherman

PBH/ljk