Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re: ) | Case No. 14-35381-rld7 |
| JAMES JOEL HOLMAN and ) | |
| CANDICE EVANGELINE HOLMAN, ) | |
| Debtors. ) | |
| DWIGHT and LAURA DANIELS, ) | Adv. Proc. No. 14–03285-rld |
| husband and wife ) | |
| Plaintiffs, ) | **ORDER ON** |
| ) | **DEFENDANTS' MOTION FOR** |
| vs. ) | **PARTIAL SUMMARY JUDGMENT** |
| JAMES JOEL HOLMAN and ) | |
| CANDICE EVANGELINE HOLMAN, ) | |
| Defendants. ) | |

THIS MATTER came before the court for hearing on July 30, 2015. Plaintiffs were represented by attorney Hunter Bitner. Defendants were represented by attorney Paul Heatherman.

After the review of evidence and argument, the court GRANTS defendants' motion for partial summary judgment as to claims against Candice Evangeline Holman made pursuant to 11 USC § 523(a)(2)(A). The court determined it had insufficient information/evidence to rule upon defendants' motion as to claims made pursuant to 11 USC § 523(a)(2)(B), and therefore the motion for partial summary judgment is DENIED as to those claims.

IT IS HEREBY ORDERED AND ADJUDGED that all claims against defendant Candice Evangeline Holman made pursuant to 11 USC § 523(a)(2)(A) are dismissed with prejudice.

###

Presented by:

/s/ Paul B. Heatherman
Law Office of Paul Heatherman PC
250 NW Franklin Ave., Ste 402
Bend, OR 97703
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

cc: Served on all parties via Notice of Electronic Filing