UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

*In re*

JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN,

        Debtors.

Case No. 14-35381-rld7

---

DWIGHT and LAURA DANIELS, husband and wife,

        Plaintiffs,

v.

JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN,

        Defendants.

Adversary Proceeding No. 14-03285-rld

**EXHIBIT LIST OF CREDITORS/PLAINTIFFS DANIELS**

Creditors/Plaintiffs Dwight Daniels and Laura Daniels hereby give notice of the exhibits that Creditors/Plaintiffs expect and intend to offer into evidence at trial:

Exhibit 1: Email between James Holman and Dwight Daniels, dated February 25, 2011.

Exhibit 2: Personal financial statements of James and Candice Holman, dated February 1, 2011.

Exhibit 3: Hand written notes of Dwight Daniels regarding terms of loan.

Exhibit 4: Secured Promissory Note, dated February 24, 2011.

Exhibit 5: Trust Deed, dated February 25, 2011.

Page 1 – EXHIBIT LIST OF CREDITORS/PLAINTIFFS DANIELS

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

| | |
|---|---|
| Exhibit 6: | State of Oregon UCC-1 Financing Statement, filed February 25, 2011 with Acknowledgment Notice. |
| Exhibit 7: | Email from James Holman to Dwight Daniels, dated February 25, 2011, forwarding the UCC-1 Financing Statement. |
| Exhibit 8: | Assignment of Life Insurance Policy as collateral, dated August 8, 2011. |
| Exhibit 9: | UCC-3 Termination of UCC-1 Financing Statement, filed August 18, 2011. |
| Exhibit 10: | Page 5 of Defendant's Amended Response to Plaintiff's First Set of Interrogatories. |
| Exhibit 11: | Defendant's Response to Plaintiff's First Requests for Admission to Defendants. |
| Exhibit 12: | Page 4 and 5 of Defendant's Response to Plaintiff's Second Set of Interrogatories |
| Exhibit 13: | Email string between Dwight Daniels and James Holman, dated May 28, 2013-May 31, 2013. |
| Exhibit 14: | Letter from Dwight and Laura Daniels to Mr. and Mrs. James Holman, dated June 15, 2013. |
| Exhibit 15: | UCC record history from Oregon Secretary of State Website concerning UCC Financing Statements filed on behalf of Pacific Courier Services, LLC, Pacific Cargo Services, LLC, Integrity Transportation Group, LLC and Pacific Courier Services – Washington, LLC. |

////
////
////
////
////
////

Page 2 – EXHIBIT LIST OF CREDITORS/PLAINTIFFS DANIELS

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 39    Filed 08/06/15

1 Exhibit 16: Document received from Unisearch in response to a subpoena requesting all
2 documents concerning the termination of the UCC-1 Financing Statement at issue in this matter.
3     DATED: August 6, 2015.

                                    SLINDE NELSON STANFORD

                                By: /s/ R. Hunter Bitner II
                                    Darian A. Stanford, OSB No. 994491
                                    R. Hunter Bitner, II, OSB No. 011146
                                    *Of Attorneys for Dwight and Laura Daniels*

Page 3 – EXHIBIT LIST OF CREDITORS/PLAINTIFFS DANIELS

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 39    Filed 08/06/15

**CERTIFICATE OF SERVICE**

I hereby certify that I served the attached **EXHIBIT LIST OF CREDITORS/PLAINTIFFS DANIELS** on the following person(s) on the date indicated below:

    Paul B. Heatherman
    Law Offices of Paul Heatherman PC
    250 NW Franklin Ave, #402
    Bend, OR 97701
      *Of Attorneys for Debtors-Defendants*

By the following indicated method(s):

☐ By **emailing** full, true, and correct copies thereof to say attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒ By notice of electronic filing using the PACER ECF filing system.

☐ By causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address (as) listed above on the date set forth below.

DATED: August 6, 2015.

                                          SLINDE NELSON STANFORD

                                          By: /s/ R. Hunter Bitner II
                                               Darian A. Stanford, OSB No. 994491
                                               R. Hunter Bitner II, OSB No. 011146
                                                *Of Attorneys for Dwight and Laura Daniels*

Page 4 – CERTIFICATE OF SERVICE

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 39    Filed 08/06/15