UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

*In re*

JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN,

    Debtors.

Case No. 14-35381-rld7

---

DWIGHT and LAURA DANIELS, husband and wife,

    Plaintiffs,

v.

JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN,

    Defendants.

Adversary Proceeding No. 14-03285-rld

**WITNESS LIST OF CREDITORS/PLAINTIFFS DANIELS**

Creditors/Plaintiffs Dwight Daniels and Laura Daniels hereby give notice of the witnesses they intend to expect to call at trial:

Witness 1:     Dwight Daniels – Plaintiff.

Witness 2:     Laura Daniels – Plaintiff.

Witness 3:     James Joel Holman – Defendant.

Witness 4:     Candice Evangeline Holman – Defendant.

Witness 5:     Forrest Reinhardt – fact witness and mutual friend of Plaintiffs and Defendants.

Witness 6:     Mark Togni of Soldera Properties – expert witness will testify regarding real estate

Page 1 WITNESS LIST OF CREDITORS/PLAINTIFFS DANIELS

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 40    Filed 08/06/15

1  Witness 7:    Any and all witnesses who are identified by Defendants.

2  Witness 8:    Any and all witnesses necessary for rebuttal.

3      DATED: August 6, 2015.

                                                SLINDE NELSON STANFORD

                                                By: __/s/ R. Hunter Bitner II_____
                                                   Darian A. Stanford, OSB No. 994491
                                                   R. Hunter Bitner, II, OSB No. 011146
                                                   *Of Attorneys for Dwight and Laura Daniels*

Page 2 WITNESS LIST OF CREDITORS/PLAINTIFFS DANIELS

SLINDE NELSON STANFORD
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 40    Filed 08/06/15

# CERTIFICATE OF SERVICE

I hereby certify that I served the attached **WITNESS LIST OF CREDITORS/PLAINTIFFS DANIELS** on the following person(s) on the date indicated below:

>Paul B. Heatherman
>Law Offices of Paul Heatherman PC
>250 NW Franklin Ave, #402
>Bend, OR 97701
>   *Of Attorneys for Debtors-Defendants*

By the following indicated method(s):

☐ By **emailing** full, true, and correct copies thereof to say attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒ By notice of electronic filing using the PACER ECF filing system.

☐ By causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address (as) listed above on the date set forth below.

DATED: August 6, 2015.

>SLINDE NELSON STANFORD
>
>By: ___/s/ R. Hunter Bitner II_____
>   Darian A. Stanford, OSB No. 994491
>   R. Hunter Bitner II, OSB No. 011146
>   *Of Attorneys for Dwight and Laura Daniels*

Page 3 – CERTIFICATE OF SERVICE