Paul B. Heatherman - OSB #933000
LAW OFFICE OF PAUL HEATHERMAN PC
PO Box 8
Bend, OR 97709
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>                Debtors.<br><br>DWIGHT and LAURA DANIELS,<br>husband and wife<br><br>                Plaintiffs,<br><br>vs.<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>                Defendants. | Case No. 14-35381-rld7<br><br>Adv. Proc. No. 14–03285-rld<br><br>**WITNESS LIST OF<br>DEBTORS/DEFENDANTS HOLMAN** |

      Debtors/Defendants James Joel Holman and Candice Evangeline Holman hereby give notice of the witnesses that Debtors/Defendants expects to call at trial:

1.     James Joel Holman - 26280 S Milk Creek Circle, Mulino, Oregon 97042.

      Will testify that he made no intentional misrepresentations, had no intent to deceive, offered to provide more collateral than that which was ultimately utilized, completed the financial statement without input or knowledge of Candice Holman, and made several payments until he could make no more due to a Chapter 11 bankruptcy filing by his corporation.

      Estimated time for direct testimony: One hour

1 - Witness List of Debtors/Defendants Holman

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97703
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

Case 14-03285-rld    Doc 41    Filed 08/06/15

2. Candice Evangeline Holman - 26280 S Milk Creek Circle, Mulino, Oregon 97042.

Will testify that she is the spouse of James Holman, that prior to the issuance of the loan she made no representation to or had any contact with plaintiffs, that she did not sign and took no role in the preparation of the personal financial statement, that she had no knowledge of the dealings between James Holman and plaintiffs other than the fact a loan was being made, and that she gave no authority to defendant James Holman to prepare a personal financial statement.

Estimated time for direct testimony: One-half hour.

DATED: August 6, 2015.

LAW OFFICE OF PAUL HEATHERMAN PC

/s/ Paul B. Heatherman
Paul B. Heatherman - OSB #933000
Attorney for Debtors/Defendants Holman

2 - Witness List of Debtors/Defendants Holman

**Law Office of
Paul Heatherman PC
250 NW Franklin Ave. #402
Bend, OR 97703
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com**

Case 14-03285-rld    Doc 41    Filed 08/06/15

**CERTIFICATE OF SERVICE**
Adversary Proceeding No. 14-03285-rld

    I hereby certify that on August 6, 2015, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this proceeding.

                                        /s/ Paul B. Heatherman
                                        Paul B. Heatherman - OSB #933000
                                        Attorney for Debtors/Defendants Holman

3 - Witness List of Debtors/Defendants Holman

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97703
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com