Paul B. Heatherman - OSB #933000
LAW OFFICE OF PAUL HEATHERMAN PC
PO Box 8
Bend, OR 97709
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>                  Debtors. | Case No. 14-35381-rld7 |
| DWIGHT and LAURA DANIELS,<br>husband and wife<br><br>                  Plaintiffs,<br><br>vs.<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>                  Defendants. | Adv. Proc. No. 14–03285-rld<br><br>**OBJECTION TO PLAINTIFFS'<br>MOTION IN LIMINE** |

Defendants James Joel Holman and Candice Evangeline Holman, object to Plaintiffs' Motion in Limine, as follows:

1.

As to **MOTION II**, defendants object to the exclusion of any documents that have material information for rebuttal or other purposes, that are separate and apart from any settlement communication.

1 - Objection to Plaintiffs' Motion in Limine

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97703
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

Case 14-03285-rld    Doc 43    Filed 08/12/15

2.

As to **MOTION III**, defendants are entitled to investigate and inquire upon a witness to determine whether said witness is an expert for purposes of testimony.

DATED this  12   day of August, 2015.

LAW OFFICE OF PAUL HEATHERMAN PC


/s/ Paul B. Heatherman
Paul B. Heatherman - OSB #933000
Attorney for Debtors/Defendants

2 - Objection to Plaintiffs' Motion in Limine

**Law Office of
Paul Heatherman PC**
**250 NW Franklin Ave. #402
Bend, OR 97703
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com**

**CERTIFICATE OF SERVICE**
Adversary Proceeding No. 14-03285-rld

I hereby certify that on August __12__, 2015, I served a true copy of the foregoing *Objection to Plaintiffs' Motion in Limine,* via ECF, on the following:

Darian A. Stanford / Hunter Bitner
Slinde Nelson Stanford
111 SW 5th Ave., Ste 1940
Portland, OR 97204
*Attorney for Plaintiffs*

Dated: August __12__, 2015.   /s/ Paul B. Heatherman
Paul B. Heatherman - OSB #933000
Attorney for Defendants/Debtors Holman

3 - Objection to Plaintiffs' Motion in Limine

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97703
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com