08/13/2015 THURSDAY Judge Randall L. Dunn

9:00 AM 14-3285 rld ap  Daniels et al v. Holman et al

14-35381  Trial

Dwight Daniels - pla  DARIAN STANFORD
Candice Evangeline Holman - dft  PAUL B HEATHERMAN

Evidentiary Hearing:  Yes: ☒  No: ☐

Exhibits A-J and 1-19 deemed admitted

Court ruled orally on the motion in limine and heard testimony + argument and took the case under advisement.

N/A

Order to be prepared by: ☐ Clerk's Office ☐ Chambers ☐

**OD3 - Dismissal Order**
#1 _____ Settled _____ (21) days.
#2 _____ to Prepare Judgement/order _____ (21) days.
#3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
#1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___.
#2 _____ Planning Conf. by ___-___-___ / No report.
#3 _____ Discovery can proceed.
#4 _____ No Planning Conf./Initial disclosures by ___-___-___.
#5 _____ Discovery limited to _____.

Docket Entry:

Run Date:  08/12/15