# LAW OFFICE OF PAUL HEATHERMAN, P.C.

250 NW Franklin Ave., Ste. 402
PO Box 8
Bend, OR 97709
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

PAUL B. HEATHERMAN
Attorney

LINDA KERR
Paralegal

August 17, 2015

US Bankruptcy Court
District of Oregon - Portland

RE: Daniels v Holman
Advers. Proc. #14-03285-rld

TO WHOM IT MAY CONCERN:

I received a copy of the Record of Proceeding dated August 13, 2015. This record indicates that the court ruled orally on the Motion in Limine and heard testimony and argument and took the case under advisement.

Please note that the court also ruled orally in favor of defendant Candice Holman on all pending claims, and in favor of defendant James Holman as to all 11 USC §523(a)(2)(A) claims. Judge Dunn took under advisement only the 11 USC §523(a)(2)(B) claim as to defendant James Holman.

Sincerely,

Paul B. Heatherman

PBH/ljk