

R. Hunter Bitner, II
hunter@slindenelson.com

August 17, 2015

U.S. Bankruptcy Court, District of Oregon
101 SW Fifth Ave, #700
Portland, OR 97204

Re: *Dwight and Laura Daniels v. James and Candice Holman*
USDC BK Adversary Case No. 14-03285-rld

To Whom It May Concern:

We are in receipt of Mr. Heatherman's letter to the court of today's date and object to its contents. To date, the Court, through Judge Dunn, has not formally ruled in favor of any party and he has taken all matters under advisement. Judge Dunn made comments regarding how he was leaning, but no such orders or rulings have been make.

Yours Very Truly,

R. Hunter Bitner, II

RHB:klw
CC: Paul Heatherman
Judge Dunn

SLINDE NELSON STANFORD ATTORNEYS | 1940 US Bancorp Tower / 111 SW Fifth Avenue | Portland, OR USA / 97204 | t. 503 417 7777 / f. 503 417 4250 | www.slindenelsonstanford.com

Case 14-03285-rld    Doc 46    Filed 08/17/15