

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

RANDALL L. DUNN
BANKRUPTCY JUDGE

1001 S.W. FIFTH AVENUE, # 700
PORTLAND, OREGON 97204
(503) 326-1538

JoANNE SHERMAN
LAW CLERK

COLLIN COLE
LAW CLERK

DORIA ARNTSEN
JUDICIAL ASSISTANT

August 17, 2015

R. Hunter Bitner, II
Slinde Nelson Stanford
1940 US Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204

Paul B. Heatherman
Law Office of Paul Heatherman, PC
250 NW Franklin Ave., Ste. 402
PO Box 8
Bend, Oregon 97709

        Re:    Daniels v. Holman
                 Adv. Proc. No. 14-03285-rld

Dear Messrs. Bitner and Heatherman:

      Your correspondence to the court, docketed as #s 45 and 46 in the above-referenced adversary proceeding, reflects concern about the accuracy of the record of proceeding from the trial held August 13, 2015. I am writing to clarify that my comments made at the conclusion of the trial were colloquy with counsel. I took the issues presented at trial under advisement with the intent that I will issue written fact findings and legal conclusions.

                                Very truly yours,

                                Hon. Randall L. Dunn
                                United States Bankruptcy Judge