DISTRICT OF OREGON
**F I L E D**
September 08, 2015
Clerk, U.S. Bankruptcy Court

Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: "0.36%"

*/s/ Randall L. Dunn*
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

```
In Re:                              )
                                    )  Bankruptcy Case
James Joel Holman,                  )  No. 14-35381-rld7
Candice Evangeline Holman,          )
                                    )
                Debtors.            )
_____)
                                    )
Dwight Daniels,                     )  Adv. Proc. No. 14-3285-rld
Laura Daniels,                      )
                                    )
                Plaintiffs,         )  JUDGMENT
                                    )
        v.                          )
                                    )
James Joel Holman,                  )
Candice Evangeline Holman,          )
                                    )
                Defendants.         )
_____)
```

Based upon the findings and conclusions set forth in the Memorandum Opinion issued contemporaneously herewith,

IT IS ORDERED and ADJUDGED that:

1. Judgment shall be in favor of defendant James Joel Holman on the plaintiffs' claim under 11 U.S.C. § 523(a)(2)(A), and said claim

Page 1 - JUDGMENT

is dismissed with prejudice.

    2. Defendant James Joel Holman's debt to plaintiffs is excepted from his discharge under 11 U.S.C. § 523(a)(2)(B).

    3. Judgment shall be in favor of defendant Candice Evangeline Holman on the plaintiffs' claim under 11 U.S.C. § 523(a)(2)(B), and said claim is dismissed with prejudice.

###

cc:    R. Hunter Bitner, III
        Darian Stanford
        Paul B. Heatherman