Paul B. Heatherman - OSB #933000
LAW OFFICE OF PAUL HEATHERMAN PC
PO Box 8
Bend, OR 97709
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>    Debtors.<br><br>DWIGHT and LAURA DANIELS,<br>husband and wife<br><br>    Plaintiffs,<br><br>vs.<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>    Defendants. | Case No. 14-35381-rld7<br><br><br><br>Adv. Proc. No. 14–03285-rld<br><br><br>**MOTION TO EXTEND STAY OF ENFORCEMENT OF JUDGMENT PENDING POST JUDGMENT MOTIONS**<br><br>(Oral Argument Requested) |

    COMES NOW, defendant James Joel Holman, and moves the court for an order extending the stay of enforcement of the Judgment entered in this matter on September 8, 2015, until such time as the pending post judgment motions have been adjudicated.

    DATED this 22 day of September, 2015.

                                         LAW OFFICE OF PAUL HEATHERMAN PC

                                         /s/ Paul B. Heatherman
                                         Paul B. Heatherman - OSB #933000
                                         Attorney for Debtors/Defendants

1 - Motion to Amend Findings

**Law Office of
Paul Heatherman PC
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com**

Case 14-03285-rld    Doc 53    Filed 09/22/15

**CERTIFICATE OF SERVICE**
Adversary Proceeding No. 14-03285-rld

    I hereby certify that on September __22__, 2015, I served a true copy of the foregoing *Motion to Extend Stay of Enforcement of Judgment Pending Post Judgment Motions to Amend Findings*, via first class mail, on the following:

Darian A. Stanford / Hunter Bitner
Slinde Nelson Stanford
111 SW 5th Ave., Ste 1940
Portland, OR 97204
*Attorney for Plaintiffs*


Dated: September __22__, 2015.　　　　　/s/ Paul B. Heatherman
　　　　　　　　　　　　　　　　　　　　Paul B. Heatherman - OSB #933000
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants/Debtors

2 - Motion to Amend Findings

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

Case 14-03285-rld　　Doc 53　　Filed 09/22/15