Paul B. Heatherman - OSB #933000
LAW OFFICE OF PAUL HEATHERMAN PC
PO Box 8
Bend, OR 97709
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>　　　　　Debtors. | Case No. 14-35381-rld7<br><br>Chapter 7 |
| DWIGHT and LAURA DANIELS,<br>husband and wife<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>　　　　　Defendants. | Adv. Proc. No. 14–03285-rld<br><br>**NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

**IDENTITY OF APPELLANT**

1. Name of appellant:    James Joel Holman

2. Position of appellant in the adversary proceeding or bankruptcy that is the subject of this appeal:    Debtor/Defendant.

**IDENTITY OF THE SUBJECT OF THE APPEAL**

1. Describe the judgment, order, or decree appealed from: JUDGMENT (attached)

1 - Notice of Appeal and Statement of Election

**Law Office of
Paul Heatherman PC**
**250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com**

Case 14-03285-rld    Doc 54    Filed 09/22/15

2. State the date on which the judgment, order, or decree was entered: SEPTEMBER 8, 2015.

**IDENTITY OF THE OTHER PARTIES TO THE APPEAL**

1. Party: Dwight and Laura Daniels   Attorney: Darian A. Stanford
Slinde Nelson Stanford
111 SW 5th Ave., Ste 1940
Portland, OR 972014
Phone: 503-417-7777

2. Party: Candice Evangeline Holman   Attorney: Paul B Heatherman
Law Office of Paul Heatherman PC
250 NW Franklin, Ste 402
Bend, OR 97703
Phone: 541-389-1010

**STATEMENT OF ELECTION**

Appellant elects to have the appeal heard by the Bankruptcy Appellate Panel.

**SIGNATURE**

/s/ Paul Heatherman                                      Date:   9/22/15
Paul B. Heatherman - OSB #933000
Law Office of Paul Heatherman PC
250 NW Franklin Ave., Ste 402
Bend, OR 97703
Phone: 541-389-1010
Email: paul@bendattorneys.com

2 - Notice of Appeal and Statement of Election

**Law Office of
Paul Heatherman PC
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com**

Case 14-03285-rld   Doc 54   Filed 09/22/15

**CERTIFICATE OF SERVICE**
Adversary Proceeding No. 14-03285-rld

    I hereby certify that on September  22 , 2015, I served a true copy of the foregoing *Notice of Appeal and Statement of Election,* via first class mail, on the following:

Darian A. Stanford / Hunter Bitner
Slinde Nelson Stanford
111 SW 5th Ave., Ste 1940
Portland, OR 97204
*Attorney for Plaintiffs*


Dated: September  22 , 2015.                    /s/ Paul B. Heatherman
                                                                           Paul B. Heatherman - OSB #933000
                                                                          Attorney for Defendants/Debtors

3 - Notice of Appeal and Statement of Election

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

FILED
September 08, 2015
Clerk, U.S. Bankruptcy Court

Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: "0.36%"

*RANDALL L. DUNN*
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>James Joel Holman,<br>Candice Evangeline Holman,<br><br>        Debtors. | Bankruptcy Case<br>No. 14-35381-rld7 |
| Dwight Daniels,<br>Laura Daniels,<br><br>        Plaintiffs,<br><br>   v.<br><br>James Joel Holman,<br>Candice Evangeline Holman,<br><br>        Defendants. | Adv. Proc. No. 14-3285-rld<br><br>JUDGMENT |

Based upon the findings and conclusions set forth in the Memorandum Opinion issued contemporaneously herewith,

IT IS ORDERED and ADJUDGED that:

1. Judgment shall be in favor of defendant James Joel Holman on the plaintiffs' claim under 11 U.S.C. § 523(a)(2)(A), and said claim

Page 1 - JUDGMENT

is dismissed with prejudice.

2. Defendant James Joel Holman's debt to plaintiffs is excepted from his discharge under 11 U.S.C. § 523(a)(2)(B).

3. Judgment shall be in favor of defendant Candice Evangeline Holman on the plaintiffs' claim under 11 U.S.C. § 523(a)(2)(B), and said claim is dismissed with prejudice.

###

cc: R. Hunter Bitner, III
Darian Stanford
Paul B. Heatherman

Page 2 - JUDGMENT