Paul B. Heatherman - OSB #933000
LAW OFFICE OF PAUL HEATHERMAN PC
PO Box 8
Bend, OR 97709
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>          Debtors.<br><br>DWIGHT and LAURA DANIELS,<br>husband and wife<br><br>          Plaintiffs,<br><br>vs.<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>          Defendants. | Case No. 14-35381-rld7<br><br>Chapter 7<br><br><br><br>Adv. Proc. No. 14–03285-rld<br><br><br>**STATEMENT OF ISSUES** |

Defendant/Debtor/Appellant James Joel Holman ("Holman") provides the following Statement of Issues in connection with the Appeal filed on September 22, 2015:

1. Concurrent with the appeal, Holman filed a motion to modify certain findings. The motion and supporting argument was filed on September 22, 2015, and identified as docket number 52. This appeal may become moot, pending the outcome of the hearing on said motion.

1 - Statement of Issues

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

Case 14-03285-rld    Doc 66    Filed 10/06/15

2. There was insufficient evidence to conclude that the debtor was acted recklessly when listing the mortgage figure on the personal financial statement.

3. The evidence is insufficient to conclude that, or contravenes the conclusion that creditors were reasonable in relying upon the personal financial statement.

DATED: October 6, 2015

                            LAW OFFICE OF PAUL HEATHERMAN PC

                            /s/ Paul B. Heatherman
                            Paul B. Heatherman - OSB #933000
                            Attorney for Defendant/Debtor/Appellant
                            James Joel Holman

2 - Statement of Issues

**Law Office of Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

**CERTIFICATE OF SERVICE**
Adversary Proceeding No. 14-03285-rld

I hereby certify that on October 6, 2015, I served a true copy of the foregoing *Statement of Issues,* via ECF/CM on the following:

Darian A. Stanford / Hunter Bitner
Slinde Nelson Stanford
111 SW 5th Ave., Ste 1940
Portland, OR 97204
*Attorney for Plaintiffs*

Dated: October 6, 2015.  /s/ Paul B. Heatherman
Paul B. Heatherman - OSB #933000
Attorney for Defendant/Debtor/Appellant
James Joel Holman

3 - Statement of Issues

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com