Paul B. Heatherman - OSB #933000
LAW OFFICE OF PAUL HEATHERMAN PC
PO Box 8
Bend, OR 97709
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>Debtors. | Case No. 14-35381-rld7<br><br>Chapter 7 |
| DWIGHT and LAURA DANIELS,<br>husband and wife<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>Defendants. | Adv. Proc. No. 14–03285-rld<br><br>**DESIGNATION OF RECORD** |

Defendant/Debtor/Appellant James Joel Holman ("Holman") designates that the following items be included in the record on appeal:

1. Docket entries kept by the bankruptcy clerk identified as Docket numbers 31 through 54 of the Adversary Proceeding Case Number 14-03285-rld;

2. Items designated by the parties is Motion to Amend Findings and Exhibit 1 to the Motion.

3. Notice of Appeal entered September 22, 2015;

1 - Designation of Record

**Law Office of
Paul Heatherman PC**
**250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com**

Case 14-03285-rld    Doc 68    Filed 10/07/15

4. Judgment entered September 8, 2015;

5. Memorandum Opinion entered September 8, 2015;

6. Transcript of the testimony of James Joel Holman at the Trial held on August 13, 2015.

DATED: October 6, 2015

                      LAW OFFICE OF PAUL HEATHERMAN PC

                      /s/ Paul B. Heatherman
                      Paul B. Heatherman - OSB #933000
                      Attorney for Defendant/Debtor/Appellant
                      James Joel Holman

2 - Designation of Record

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

**CERTIFICATE OF SERVICE**
Adversary Proceeding No. 14-03285-rld

    I hereby certify that on October 6, 2015, I served a true copy of the foregoing *Designation of Record,* via ECF/CM on the following:

    Darian A. Stanford / Hunter Bitner
    Slinde Nelson Stanford
    111 SW 5th Ave., Ste 1940
    Portland, OR 97204
    *Attorney for Plaintiffs*

Dated: October 6, 2015.
    /s/ Paul B. Heatherman
    Paul B. Heatherman - OSB #933000
    Attorney for Defendant/Debtor/Appellant
    James Joel Holman

3 - Designation of Record

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

Case 14-03285-rld    Doc 68    Filed 10/07/15