UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| *In re* <br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br> Debtors. | Case No. 14-35381-rld7 <br> Chapter 7 |
| DWIGHT and LAURA DANIELS, husband and wife, <br> Plaintiffs, <br> v. <br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br> Defendants. | Adversary Proceeding No. 14-03285-rld <br><br> **APPELLEES' DESIGNATION OF RECORD** |

Plaintiffs/Appellees Dwight Daniels and Laura Daniels ("Daniels") designated that the following items be included in the record of appeal:

1) Plaintiffs' response to Defendants' Motion to Amend Findings including any and all declaration and exhibits.

2) All docket entries kept by the Bankruptcy Clerk for Adversary Proceeding Case No. 14-03285-rld;

3) Deposition transcript of the testimony of James Joel Holman taken on July 7, 2015;

4) Deposition transcript of the testimony of Dwight Daniels taken on July 7, 2015; and

////

////

////

Page 1 APPELLEES' DESIGNATION OF RECORD

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

5) Transcript of the entirety of the trial transcript of the trial held on August 13, 2015.

DATED: October 8, 2015.

SLINDE NELSON STANFORD

By: __/s/ R. Hunter Bitner II__
R. Hunter Bitner, II, OSB No. 011146
hunter@slindenelson.com
Darian A. Stanford, OSB No. 994491
darian@slindenelson.com
Slinde Nelson Stanford
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204
Phone: (503) 417-7777
Fax: (503) 417-4250
*Of Attorneys for Dwight and Laura Daniels*

Page 2 APPELLEES' DESIGNATION OF RECORD

SLINDE NELSON STANFORD
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 70    Filed 10/08/15

# CERTIFICATE OF SERVICE

I hereby certify that I served the attached **APPELLEES' DESIGNATION OF RECORD** on the following person(s) on the date indicated below:

>    Paul B. Heatherman
>    Law Offices of Paul Heatherman PC
>    250 NW Franklin Ave, #402
>    Bend, OR 97701
>        *Of Attorneys for Debtors-Defendants*

By the following indicated method(s):

☐    By **emailing** full, true, and correct copies thereof to say attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒    By notice of electronic filing using the PACER ECF filing system.

☐    By causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address (as) listed above on the date set forth below.

DATED: October 8, 2015.

>                                        SLINDE NELSON STANFORD
>
>
>                                        By: __/s/ R. Hunter Bitner II_____
>                                            R. Hunter Bitner, II, OSB No. 011146
>                                            Darian A. Stanford, OSB No. 994491
>                                            *Of Attorneys for Dwight and Laura Daniels*

Page 1 CERTIFICATE OF SERVICE

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 70    Filed 10/08/15