UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| *In re* <br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br><br> Debtors. | Case No. 14-35381-rld7 <br><br> Chapter 7 |
| DWIGHT and LAURA DANIELS, husband and wife, <br><br> Plaintiffs, <br> v. <br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br><br> Defendants. | Adversary Proceeding No. 14-03285-rld <br><br> **APPELLEES' MOTION TO PARTIALLY STRIKE APPELLANTS' DESIGNATION OF RECORD** |

Plaintiffs/Appellees Dwight Daniels and Laura Daniels ("Daniels") move to strike portions of Defendants/Appellants James Joel Holman ("Holman") designation of record. Specifically, the Daniels move to strike the second item in the designation – "item designated by the parties is [sic] Motion to Amend Findings and Exhibit 1 to the motion."

**FACTUAL BACKGROUND**

Defendants' motion involves a trial that took place on August 13, 2015 between Dwight and Laura Daniels as Plaintiffs and James Joel and Candice Evangeline Holman as Defendants. The Daniels asserted exceptions to discharge claims against the Holmans under 11 USC §523(a)(2)(A) and 523(a)(2)(B). Prior to trial, Summary Judgment was entered in favor of Mrs. Holman on the Daniels' 523(a)(2)(A) claim. After the trial, judgment was entered on behalf of Plaintiffs excepting Mr. Holman's debt under 523(a)(2)(B) and entering judgment on behalf of Defendant Holman on the Plaintiffs' claim under 523(a)(2)(A) and in favor of Candice Holman

Page 1 APPELLEES' MOTION TO PARTIALLY STRIKE APPELLANTS' DESIGNATION OF RECORD

SLINDE NELSON STANFORD
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

under 523(a)(2)(B). Pursuant to the Rules of the US Bankruptcy Appellate Panel, Holman has now filed a Designation of Record. Within the Designation of Record a number of items that were before the Bankruptcy Court and Holmans' post trial Motion to Amend Findings and exhibit to the motion which includes an exhibit that was not offered during litigation or the trial even though it was available to Holman at all times material.

## **POINTS AND AUTHORITIES**

Items that were not before the Bankruptcy Court generally will not be allowed unless they pertain to mootness that arose after the order on appeal. *See In re Myrvang* 232 F.3d 1116, 1119 (9th Cir, 2000); *Kirshner v. Uniden Corp. of America*, 842 F.2d 1074, 1077 (9th Cir, 1988).

> Papers not filed with District Court or admitted into evidence by that Court are not part of the clerk's record and cannot be part of the record on appeal. See *United States v. Walker*, 601 F.2d 1051, 1054–55 (9th Cir, 1979) (Affidavits submitted subsequently were not part of the evidence presented to the District Court" would not be considered on appeal); *Panaview Door & Window Company v. Reynolds Metals Company*, 255 F.2d 920, 922 (9th Cir, 1958) (striking from record an exhibit that had been attached to appellant's Trial Court Memorandum of Points and Authorities and a document that had been marked for identification, neither of which have been received in evidence); *Watson v. Rhode Island Insurance Company*, 196 F.2d 254, 255–256 (5th Cir. 1952) (granting motion to strike documents that were tendered as exhibits to brief on appeal but had not been offered in evidence below;).

*Id*. Any documents submitted to a court after the ruling that is challenged on appeal should be stricken from the record on appeal. See *United States v. Walker*, 601 F.2d at 1055 ("we are here concerned only with the record before the trial judge when his decision was made."); *Heath v. Helmick*, 173 F.2d 156, 156-157 (9th Cir. 1949) (striking from record on appeal papers that were filed in District Court after judgment from which appeal was taken; "the cause must be tried here upon the record made at the original trial" *Id.*). Contrary to Oregon law, Holman is attempting to put in the appeal record, items that were not before the Bankruptcy Court at trial including a Motion to Amend Findings and an exhibit to his Motion to Amend Findings which is evidence that is neither newly found nor newly discovered.
Page 2 APPELLEES' MOTION TO PARTIALLY STRIKE
APPELLANTS' DESIGNATION OF RECORD

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 73    Filed 10/13/15

Based on the foregoing, the Daniels request that Court strike the Motion to Amend Findings and Exhibit 1 to the motion from Holmans' Designation of Records.

DATED: October 12, 2015.

SLINDE NELSON STANFORD

By:   /s/ R. Hunter Bitner II
R. Hunter Bitner, II, OSB No. 011146
hunter@slindenelson.com
Darian A. Stanford, OSB No. 994491
darian@slindenelson.com
Slinde Nelson Stanford
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204
Phone: (503) 417-7777
Fax: (503) 417-4250
*Of Attorneys for Dwight and Laura Daniels*

Page 3 APPELLEES' MOTION TO PARTIALLY STRIKE APPELLANTS' DESIGNATION OF RECORD

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 73    Filed 10/13/15

# CERTIFICATE OF SERVICE

I hereby certify that I served the attached **APPELLEES' MOTION TO PARTIALLY STRIKE APPELLANTS' DESIGNATION OF RECORD** on the following person(s) on the date indicated below:

> Paul B. Heatherman
> Law Offices of Paul Heatherman PC
> 250 NW Franklin Ave, #402
> Bend, OR 97701
> *Of Attorneys for Debtors-Defendants*

By the following indicated method(s):

☐ By **emailing** full, true, and correct copies thereof to say attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒ By notice of electronic filing using the PACER ECF filing system.

☐ By causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address (as) listed above on the date set forth below.

DATED: October 12, 2015.

                                        SLINDE NELSON STANFORD

                                        By: __/s/ R. Hunter Bitner II_____
                                             R. Hunter Bitner, II, OSB No. 011146
                                             Darian A. Stanford, OSB No. 994491
                                             *Of Attorneys for Dwight and Laura Daniels*

Page 1 CERTIFICATE OF SERVICE

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 73    Filed 10/13/15

| | |
|---|---|
| 1 | |
| 2 | |
| ... | |
| 26 | Page 5 – CERTIFICATE OF SERVICE |

Page 5 – CERTIFICATE OF SERVICE

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250