**2:00 PM 14-3285 rld ap**     Daniels et al v. Holman et al

14-35381     Motion To Enfocement of Judgment Filed by Defendant James Joel Holman Re: 49 Judgment (HEATHERMAN, PAUL) (53)

Dwight Daniels - pla     ~~DARIAN STANFORD~~

Candice Evangeline Holman - dft     PAUL B HEATHERMAN

14-35381     Motion to Amend Findings and Supporting Document(s). Filed by Defendant James Joel Holman Re: 48 Opinion (HEATHERMAN, PAUL) (52)

Dwight Daniels - pla     ~~DARIAN STANFORD~~

James Joel Holman - dft     PAUL B HEATHERMAN ✓

R. Hunter Bitner

**Evidentiary Hearing:** Yes: ☐     No: ☒

Following discussion, the Court denied the motion to Amend findings.
Mr. Bitner to present order.
In light of the disposition on the Motion to Amend finding + the passage of time, the Motion to Extend the Stay of Enforcement is moot.

Order to be prepared by: ☐ Clerk's Office   ☐ Chamber   ☒ Mr. Bitner

**OD3 - Dismissal Order**

#1 _____ Settled _____ (21) days.

#2 _____ to Prepare Judgement/order _____ (21) days.

#3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**

#1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___.

#2 _____ Planning Conf. by ___-___-___ / No report.

#3 _____ Discovery can proceed.

#4 _____ No Planning Conf./Initial disclosures by ___-___-___.

#5 _____ Discovery limited to _____.

Docket Entry:

Run Date: 10/09/15