Below is an Order of the Court.

*(signed)* RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| *In re* <br><br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br><br> Debtors. | Case No. 14-35381-rld7 <br><br> Chapter 7 |
| DWIGHT and LAURA DANIELS, husband and wife, <br><br> Plaintiffs, <br> v. <br><br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br><br> Defendants. | Adversary Proceeding No. 14-03285-rld <br><br> **ORDER ON DEFENDANTS' MOTION TO AMEND FINDINGS** |

On October 13, 2015, this case came before this Court on Defendants' James and Candice Holman's Motion to Amend Findings and Supporting Documents. R. Hunter Bitner, II appeared by telephone on behalf of Plaintiffs Dwight and Laura Daniels. Paul Heatherman appeared by telephone on behalf of Defendant James Holman.

WHEREFORE, the Court, having considered the pertinent issues and all written submissions and arguments, HEREBY ORDERS THAT:

Defendants' Motion to Amend Findings and Supporting Documents is DENIED. *For the reasons stated orally on the record at the hearing.* /RLW/

### /RLW/

Presented by:

/s/ R. Hunter Bitner, II
Slinde Nelson Stanford
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204
Phone: (503) 417-7777
Fax: (503) 417-4250
Email: hunter@slindenelson.com

cc: Served on all parties via Notice of Electronic Filing