R. HUNTER BITNER, II, OSB NO. 011146
hunter@slindenelson.com
SLINDE NELSON STANFORD
111 SW Fifth Avenue, Suite 1940
Portland, OR  97204
Telephone:  (503) 417-7777
Fax:  (503) 417-4250
   *Attorney for Plaintiffs*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| *In re*<br><br>JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN,<br><br>Debtors. | Case No.  14-35381-rld7 |
| DWIGHT and LAURA DANIELS, husband and wife,<br><br>Plaintiffs,<br>v.<br><br>JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN,<br><br>Defendants. | Adversary Proceeding No. 14-03285-rld<br><br>**PLAINTIFFS' STIPULATED REQUEST TO SET OVER HEARING DATE RELATING TO PLAINTIFFS' MOTION FOR COSTS AND ATTORNEY'S FEES** |

## CONFERRAL

The parties conferred on this issue and opposing counsel has no objection to this motion.

## MOTION

The undersigned respectfully submits this Request to Set Over Hearing Date regarding Plaintiffs' Motion for Costs and Attorney's Fees Regarding Defendants' Failure to Admit, presently set for hearing on November 17, 2015 at 10:00 am.  Specifically, the undersigned is unavailable on November 17 due to previously scheduled all day depositions.

Respectfully, the undersigned requests an Order changing the hearing date, presently scheduled at 10:00 am on November 17, 2015, to the available dates of November 18-20, or

Page 1 PLAINTIFFS' STIPULATED REQUEST TO SET OVER HEARING DATE

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 85    Filed 11/10/15

. November 30-December 4.  Defendants' counsel is not available between the dates of November 23-27.

DATED: November 9, 2015.

SLINDE NELSON STANFORD

By: /s/ R. Hunter Bitner, II
    R. Hunter Bitner, II, OSB No. 011146
    Darian A. Stanford, OSB No. 994491
    *Of Attorneys for Dwight and Laura Daniels*

Page 2 PLAINTIFFS' STIPULATED REQUEST TO SET OVER HEARING DATE

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 85    Filed 11/10/15

# CERTIFICATE OF SERVICE

I hereby certify that I served the attached **PLAINTIFFS' STIPULATED REQUEST TO SET OVER HEARING DATE** on the following person(s) on the date indicated below:

> Paul B. Heatherman
> Law Offices of Paul Heatherman PC
> 250 NW Franklin Ave, #402
> Bend, OR 97701
> *Of Attorneys for Debtors-Defendants*

By the following indicated method(s):

☐ By **emailing** full, true, and correct copies thereof to say attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒ By notice of electronic filing using the PACER ECF filing system.

☐ By causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address (as) listed above on the date set forth below.

DATED: November 9, 2015.

SLINDE NELSON STANFORD

By: /s/ R. Hunter Bitner, II
R. Hunter Bitner II, OSB No. 011146
Darian A. Stanford, OSB No. 994491
*Of Attorneys for Dwight and Laura Daniels*

Page 3 – CERTIFICATE OF SERVICE

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 85    Filed 11/10/15

R. HUNTER BITNER, II, OSB NO. 011146
hunter@slindenelson.com
SLINDE NELSON STANFORD
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204
Telephone: (503) 417-7777
Fax: (503) 417-4250
  *Attorney for Plaintiffs*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| *In re*<br>JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN,<br>Debtors. | Case No. 14-35381-rld7 |
| DWIGHT and LAURA DANIELS, husband and wife,<br>Plaintiffs,<br>v.<br>JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN,<br>Defendants. | Adversary Proceeding No. 14-03285-rld<br><br>**DECLARATION OF R. HUNTER BITNER, II IN SUPPORT OF PLAINTIFFS' STIPULATED REQUEST TO SET OVER HEARING DATE RELATING TO PLAINTIFFS' MOTION FOR COSTS AND ATTORNEY'S FEES** |

I, R. Hunter Bitner, II, declare the following:

1. I am one of the attorneys representing Dwight Daniels and Laura Daniels, Plaintiffs, in the above captioned lawsuit.

2. I make this Declaration in Support of Plaintiff's Stipulated Request to set over Hearing Date Relating to Plaintiffs' Motion for Costs and Attorney's Fees Regarding Failure to Admit.

3. I am involved with depositions on November 17, 2015 that were scheduled approximately two (2) months ago and cannot be rescheduled due to a pending discovery cutoff

Page 1 DECLARATION OF R. HUNTER BITNER, II IN SUPPORT OF PLAINTIFFS' STIPULATED REQUEST TO SET OVER HEARING DATE RELATING TO PLAINTIFFS' MOTION FOR COSTS AND ATTORNEY'S FEES

SLINDE NELSON STANFORD
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

date.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY OF PURJURY.

DATED: November 9, 2015.

SLINDE NELSON STANFORD

By: _____
R. Hunter Bitner, II, OSB No. 011146
*Of Attorneys for Dwight and Laura Daniels*

Page 2 DECLARATION OF R. HUNTER BITNER, II IN SUPPORT OF PLAINTIFFS' STIPULATED REQUEST TO SET OVER HEARING DATE RELATING TO PLAINTIFFS' MOTION FOR COSTS AND ATTORNEY'S FEES

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 85    Filed 11/10/15

# CERTIFICATE OF SERVICE

I hereby certify that I served the attached **DECLARATION OF R. HUNTER BITNER, II IN SUPPORT OF PLAINTIFFS' STIPULATED REQUEST TO SET OVER HEARING DATE RELATING TO PLAINTIFFS' MOTION FOR COSTS AND ATTORNEY'S FEES** on the following person(s) on the date indicated below:

Paul B. Heatherman
Law Offices of Paul Heatherman PC
250 NW Franklin Ave, #402
Bend, OR 97701
  *Of Attorneys for Debtors-Defendants*

By the following indicated method(s):

☐ By **emailing** full, true, and correct copies thereof to say attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒ By notice of electronic filing using the PACER ECF filing system.

☐ By causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address (as) listed above on the date set forth below.

DATED: November 9, 2015.

                                    SLINDE NELSON STANFORD

                                    By: /s/ R. Hunter Bitner, II
                                       Darian A. Stanford, OSB No. 994491
                                       R. Hunter Bitner II, OSB No. 011146
                                       *Of Attorneys for Dwight and Laura Daniels*

Page 3 – CERTIFICATE OF SERVICE

SLINDE NELSON STANFORD
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-03285-rld    Doc 85    Filed 11/10/15