Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| *In re* <br><br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br><br> Debtors. | Case No. 14-35381-rld7 |
| DWIGHT and LAURA DANIELS, husband and wife, <br><br> Plaintiffs, <br> v. <br><br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br><br> Defendants. | Adversary Proceeding No. 14-03285-rld <br><br> **ORDER ON PLAINTIFFS' STIPULATED REQUEST TO SET OVER HEARING DATE RELATING TO PLAINTIFFS' MOTION FOR COSTS AND ATTORNEY'S FEES** |

On November 6, 2015, this Court filed a Notice of Telephone Hearing regarding Plaintiffs'

Motion for Costs and Attorney's Fees Regarding Defendants' Failure to Admit.

.        WHEREFORE, the Court, having considered the pertinent issues and (all written submissions and arguments), HEREBY ORDERS THAT:

Plaintiffs' Request to Set Over Hearing Date Relating to Plaintiffs' Motion for Costs and Attorney's Fees is GRANTED.

###

Presented by:

/s/ R. Hunter Bitner, II
Slinde Nelson Stanford
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204
Phone: (503) 417-7777
Fax: (503) 417-4250
Email: hunter@slindenelson.com

cc: Served on all parties via Notice of Electronic Filing