Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| *In re* <br><br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br><br> Debtors. | Case No. 14-35381-rld7 <br><br> Chapter 7 |
| DWIGHT and LAURA DANIELS, husband and wife, <br><br> Plaintiffs, <br> v. <br><br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br><br> Defendants. | Adversary Proceeding No. 14-03285-rld <br><br> **ORDER ON APPELLEES' MOTION TO PARTIALLY STRIKE APPELLANTS' DESIGNATION OF RECORD** |

On October 13, 2015, Plaintiffs/Appellees filed a Motion to Partially Strike Appellants' Designation of Record.

WHEREFORE, the Court, having considered the pertinent issues, HEREBY ORDERS THAT:

.       Plaintiffs'/Appellees 'Motion to Partially Strike Appellants' Designation of Record is GRANTED.

###

Presented by:

/s/ R. Hunter Bitner, II
Slinde Nelson Stanford
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204
Phone: (503) 417-7777
Fax: (503) 417-4250
Email: hunter@slindenelson.com

cc: Served on all parties via Notice of Electronic Filing