Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

```
In Re:                                )
                                      ) Bankruptcy Case
JAMES JOEL HOLMAN,                    ) No. 14-35381-rld7
CANDICE EVANGELINE HOLMAN,            )
                                      )
                Debtors.              )
_____)
                                      )
DWIGHT DANIELS,                       ) Adv. Proc. No. 14-03285-rld
LAURA DANIELS,                        )
                                      )
                Plaintiffs,           ) ORDER DENYING MOTION
                                      )
      v.                              )
                                      )
JAMES JOEL HOLMAN,                    )
CANDICE EVANGELINE HOLMAN,            )
                                      )
                Defendants.           )
_____)
```

   On October 20, 2015, the plaintiffs filed a motion ("Motion") for costs and attorney's fees regarding defendants' alleged failures to admit and supporting document(s) (Docket No. 76). A hearing was held on the Motion on November 18, 2015. For the reasons stated on the record at the hearing, it is hereby

Page 1 - ORDER DENYING MOTION

ORDERED that the Motion is DENIED.

### 

cc: Darian Stanford
    Paul B. Heatherman
    R Hunter Bitner, III

Page 2 - ORDER DENYING MOTION