```
1  Paul B. Heatherman - OSB #933000
   LAW OFFICE OF PAUL HEATHERMAN PC
2  PO Box 8
   Bend, OR 97709
3  Phone: 541-389-1010
   Fax: 541-382-6875
4  Email: paul@bendattorneys.com
```

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>Debtors.<br>_____<br><br>DWIGHT and LAURA DANIELS,<br>husband and wife<br><br>Plaintiffs,<br>vs.<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>Defendants. | Case No. 14-35381-rld7<br><br>Chapter 7<br><br><br><br><br>Adv. Proc. No. 14–03285-rld<br><br>**AMENDED<br>NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

### IDENTITY OF APPELLANT

1. Name of appellant: James Joel Holman

2. Position of appellant in the adversary proceeding or bankruptcy that is the subject of this appeal: Debtor/Defendant.

### IDENTITY OF THE SUBJECT OF THE APPEAL

1. Describe the judgment, order, or decree appealed from: JUDGMENT *and* ORDER ON

1 - **Amended** Notice of Appeal and Statement of Election

Law Office of
Paul Heatherman PC
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

DEFENDANTS' MOTION TO AMEND FINDINGS (both attached)

2. State the date on which the judgment, order, or decree was entered: JUDGMENT - SEPTEMBER 8, 2015; *and* ORDER ON DEFENDANTS' MOTION TO AMEND FINDINGS - October 19, 2015.

## IDENTITY OF THE OTHER PARTIES TO THE APPEAL

1. Party: Dwight and Laura Daniels    Attorney: Darian A. Stanford
Slinde Nelson Stanford
111 SW 5th Ave., Ste 1940
Portland, OR 972014
Phone: 503-417-7777

2. Party: Candice Evangeline Holman    Attorney: Paul B Heatherman
Law Office of Paul Heatherman PC
250 NW Franklin, Ste 402
Bend, OR 97703
Phone: 541-389-1010

## STATEMENT OF ELECTION

Appellant elects to have the appeal heard by the Bankruptcy Appellate Panel.

## SIGNATURE

/s/ Paul Heatherman
Paul B. Heatherman - OSB #933000
Law Office of Paul Heatherman PC
250 NW Franklin Ave., Ste 402
Bend, OR 97703
Phone: 541-389-1010
Email: paul@bendattorneys.com

Date: _____12/07/15_____

2 - **Amended** Notice of Appeal and Statement of Election

Law Office of
Paul Heatherman PC
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

Case 14-03285-rld    Doc 96    Filed 12/07/15

## CERTIFICATE OF SERVICE
Adversary Proceeding No. 14-03285-rld

I hereby certify that on December __7__, 2015, I served a true copy of the foregoing *Amended Notice of Appeal and Statement of Election,* via first class mail, on the following:

Darian A. Stanford / Hunter Bitner
Slinde Nelson Stanford
111 SW 5th Ave., Ste 1940
Portland, OR 97204
*Attorney for Plaintiffs*

Dated: December __7__, 2015.

/s/ Paul B. Heatherman
Paul B. Heatherman - OSB #933000
Attorney for Defendants/Debtors

3 - **Amended** Notice of Appeal and Statement of Election

**Law Office of
Paul Heatherman PC**
250 NW Franklin Ave. #402
Bend, OR 97701
Phone: 541-389-1010
Fax: 541-382-6875
Email: paul@bendattorneys.com

Case 14-03285-rld    Doc 96    Filed 12/07/15

Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: "0.36%"

RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In Re:

James Joel Holman,
Candice Evangeline Holman,

    Debtors.

Bankruptcy Case
No. 14-35381-rld7

Dwight Daniels,
Laura Daniels,

    Plaintiffs,

v.

James Joel Holman,
Candice Evangeline Holman,

    Defendants.

Adv. Proc. No. 14-3285-rld

JUDGMENT

Based upon the findings and conclusions set forth in the Memorandum Opinion issued contemporaneously herewith,

IT IS ORDERED and ADJUDGED that:

1. Judgment shall be in favor of defendant James Joel Holman on the plaintiffs' claim under 11 U.S.C. § 523(a)(2)(A), and said claim

Page 1 - JUDGMENT

is dismissed with prejudice.

    2. Defendant James Joel Holman's debt to plaintiffs is excepted from his discharge under 11 U.S.C. § 523(a)(2)(B).

    3. Judgment shall be in favor of defendant Candice Evangeline Holman on the plaintiffs' claim under 11 U.S.C. § 523(a)(2)(B), and said claim is dismissed with prejudice.

###

cc: R. Hunter Bitner, III
Darian Stanford
Paul B. Heatherman

Page 2 - JUDGMENT

FILED
October 19, 2015
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

*Randall L. Dunn*
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| *In re* <br><br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br><br> Debtors. | Case No. 14-35381-rld7 <br><br> Chapter 7 |
| DWIGHT and LAURA DANIELS, husband and wife, <br><br> Plaintiffs, <br> v. <br><br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br><br> Defendants. | Adversary Proceeding No. 14-03285-rld <br><br> **ORDER ON DEFENDANTS' MOTION TO AMEND FINDINGS** |

On October 13, 2015, this case came before this Court on Defendants' James and Candice Holman's Motion to Amend Findings and Supporting Documents. R. Hunter Bitner, II appeared by telephone on behalf of Plaintiffs Dwight and Laura Daniels. Paul Heatherman appeared by telephone on behalf of Defendant James Holman.

WHEREFORE, the Court, having considered the pertinent issues and all written submissions and arguments, HEREBY ORDERS THAT:

Defendants' Motion to Amend Findings and Supporting Documents is DENIED. *[handwritten: For the reasons stated orally on the record at the hearing.] RWM*

### *RWM*

Presented by:

/s/ R. Hunter Bitner, II
Slinde Nelson Stanford
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204
Phone: (503) 417-7777
Fax: (503) 417-4250
Email: hunter@slindenelson.com

cc: Served on all parties via Notice of Electronic Filing